## FRANK VANDEVER *v.* COMMISSIONER OF CORRECTION

The petitioner Frank Vandever's petition for certification for appeal from the Appellate Court, 77 Conn. App. 902 (AC 22933), is denied.

*David B. Rozwaski*, special public defender, in support of the petition.

Decided September 4, 2003

## RONDA DREW, ADMINISTRATRIX (ESTATE OF CASSIDY DREW-ANZALONE) ET AL. *v.* WILLIAM W. BACKUS HOSPITAL ET AL.*

The plaintiffs' petition for certification for appeal from the Appellate Court, 77 Conn. App. 645 (AC 22986), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's summary judgments in favor of the defendants and against the plaintiffs?"

The Supreme Court docket number is SC 17051.

*Conrad Ost Seifert*, in support of the petition.

*Thomas W. Boyce, Jr.*, and *Jeffrey F. Buebendorf*, in opposition.